AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| KATHY CAMACHO; JUSTINE RODRIGUEZ; DERICK MASON; NICOLE FLUDD; CYNTHIA NEAT, on Behalf of Themselves and All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>See attached rider<br><br>*Defendant(s)* | Civil Action No. 19 Civ. 11096 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Epifano Vasquez
Corrections Officer
Fusion Center
16-06 Hazen Street
East Elmhurst, NY 11370

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew D. Brinckerhoff
Earl Ward
David B. Berman
Emery Celli Brinckerhoff & Abady, LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  01/02/2020                                               /s/ D. Howie
                                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  19 Civ. 11096

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KATHY CAMACHO; JUSTINE RODRIGUEZ;
DERICK MASON; NICOLE FLUDD; CYNTHIA
NEAT; on Behalf of Themselves and All Others
Similarly Situated,

                Plaintiffs,

   -against-

CITY OF NEW YORK; PAUL SMITH, Corrections
Officer, in his individual capacity; A. REED,
Corrections Officer, Shield #12988, in her individual
capacity, SCOTT AMBROSE, Corrections Officer, in
his individual capacity; CECIL PHILLIPS,
Corrections Officer, in his individual capacity;
EPIFANO VASQUEZ, Corrections Officer, in his
individual capacity; CHRISTINA BREWLEY,
Corrections Officer, in her individual capacity;
D. SPRY, Corrections Officer, Shield # 1507, in his
individual capacity; CO COSICO, Corrections
Officer, Shield #1123, in his individual capacity;
CO GOLLUB, in his individual capacity;
JOHN/JANE DOES 1-30 Corrections Officers, in
their individual capacities,

                Defendants.

------------------------------------------------------------x

Index No.: 19 Civ. 11096

**RIDER TO SUMMONS**

ATTORNEYS FOR PLAINTIFFS:

Matthew D. Brinckerhoff
Earl Ward
David B. Berman
EMERY CELLI BRINCKERHOFF & ABADY, LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

Julia P. Kuan
ROMANO & KUAN, PLLC
600 Fifth Avenue, 10th Floor
Brooklyn, NY 11230
(917) 270-1403

1

DEFENDANTS' ADDRESSES AND COUNTIES:

City of New York, 100 Church Street, New York, NY 10007, New York County

PAUL SMITH, Corrections Officer, in his individual capacity, George R. Vierno Center, 09-09 Hazen Street, East Elmhurst, NY 11370, Queens County

A. REED, Corrections Officer, Shield # 12988, in her individual capacity, Securities Operation Division 16-16 Hazen Street, East Elmhurst, NY 11370, Queens County

SCOTT AMBROSE, Corrections Officer, in his individual capacity; Securities Operation Division, 16-16 Hazen Street, East Elmhurst, NY 11370, Queens County

CECIL PHILLIPS, Corrections Officer, in his individual capacity; Otis Bantum Correctional Center, 16-00 Hazen Street, East Elmhurst, NY 11370, Queens County

EPIFANO VASQUEZ, Corrections Officer, in his individual capacity; Fusion Center, 16-06 Hazen Street, East Elmhurst, NY 11370, Queens County

CHRISTINA BREWLEY, Corrections Officer, in her individual capacity; Securities Operation Division, 16-16 Hazen Street, East Elmhurst, NY 11370, Queens County

D. SPRY, Corrections Officer, Shield # 1507, in his individual capacity, Securities Operation Division, 16-16 Hazen Street, East Elmhurst, NY 11370, Queens County

CO COSICO, Corrections Officer, Shield # 1123, in his individual capacity, Securities Operation Division, 16-16 Hazen Street, East Elmhurst, NY 11370, Queens County

CO GOLLUB, Corrections Officer, in her individual capacity; Anna M. Kross Center, 18-18 Hazen Street, East Elmhurst, NY 11370, Queens County

JOHN/JANE DOES 1-30 Corrections Officers, in their individual capacities, 100 Church Street, New York, NY 10007, New York County