UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
KATHY CAMACHO; JUSTINE RODRIGUEZ; :
DERICK MASON; NICOLE FLUDD; and :
CYNTHIA NEAT, on Behalf of Themselves : 19cv11096 (DLC)
and All Others Similarly Situated, :
: ORDER
Plaintiffs, :
-v- :
:
CITY OF NEW YORK; PAUL SMITH, :
Correction Officer, in his individual :
capacity; A. REED, Correction Officer, :
Shield #12988; in her individual :
capacity; SCOTT AMBROSE, Correction :
Officer, in his individual capacity; :
CECIL PHILLIPS, Correction Officer, in :
his individual capacity; EPIFANO :
VASQUEZ, Correction Officer, in his :
individual capacity; CHRISTINA :
BREWLEY, Correction Officer, in her :
individual capacity; D. SPRY, :
Correction Officer, Shield #1507, in :
his individual capacity; CO COSICO, :
Correction Officer, Shield #1123, in :
his individual capacity; CO GOLLUB, :
Correction Officer, in his individual :
capacity; and JOHN/JANE DOES 1-30 :
Correction Officers, in their :
individual capacities, :
:
Defendants. :
:
------------------------------------X

DENISE COTE, District Judge:

On March 13, 2020, the parties filed a letter informing the Court that they had agreed to defer briefing and decision on the defendants' March 6, 2020 motion to dismiss the plaintiffs'

Monell claims. The defendants also requested an extension of time to exchange initial disclosures. Accordingly, it is hereby

ORDERED that the defendants' March 6 motion to dismiss is denied, in its entirety, without prejudice to renewal.

IT IS FURTHER ORDERED that the parties' request to extend the time to exchange initial disclosures to **March 27, 2020** is granted.


Dated: New York, New York
March 13, 2020

                                                DENISE COTE
                                   United States District Judge