```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv11096 (DLC)
KATHY CAMACHO; JUSTINE RODRIGUEZ;        :
DERICK MASON; NICOLE FLUDD; and          :         ORDER
CYNTHIA NEAT, on Behalf of Themselves    :
and All Others Similarly Situated,       :
                                         :
                         Plaintiffs,     :
                                         :
             -v-                         :
                                         :
CITY OF NEW YORK; PAUL SMITH,            :
Correction Officer, in his individual    :
capacity; A. REED, Correction Officer,   :
Shield #12988; in her individual         :
capacity; SCOTT AMBROSE, Correction      :
Officer, in his individual capacity;     :
CECIL PHILLIPS, Correction Officer, in   :
his individual capacity; EPIFANO         :
VASQUEZ, Correction Officer, in his      :
individual capacity; CHRISTINA           :
BREWLEY, Correction Officer, in her      :
individual capacity; D. SPRY,            :
Correction Officer, Shield #1507, in     :
his individual capacity; CO COSICO,      :
Correction Officer, Shield #1123, in     :
his individual capacity; CO GOLLUB,      :
Correction Officer, in his individual    :
capacity; and JOHN/JANE DOES 1-30        :
Correction Officers, in their            :
individual capacities,                   :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 6, 2020, the defendants moved to dismiss the claims for injunctive relief alleged in the amended complaint. On March 13, the Court denied the defendants' motion without prejudice to renewal. On June 4, the defendants requested

permission to renew their motion to dismiss plaintiffs' claims for injunctive relief. Accordingly, it is hereby

ORDERED that defendants shall file any renewed motion to dismiss by **June 19, 2020**. Any opposition is due **July 3**. Any reply is due **July 17**.

Dated:   New York, New York
         June 5, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge