UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

KATHY CAMACHO, et. al.,

                              Plaintiffs,              **ORDER**

                -against-                    19 CV 11096 (DLC)

THE CITY OF NEW YORK, et. al.,

                             Defendants.

------------------------------------------------------------------X

       **WHEREAS**, defendants identified in its Rule 26(a) initial disclosures inmate files of non-party persons being visited by plaintiffs on the dates of their respective arrests as a category of documents that defendants may use to support their defenses herein; and

       **WHEREAS,** plaintiffs have requested the aforesaid inmate files in their Requests for Production of Documents; and

       **WHEREAS,** defendants having raised concerns that disclosure and use of same may implicate C.P.L §160.50 and/or other privacy concerns of the aforesaid non-party present and former inmates;

       **NOW THEREFORE**, on the consent of all parties appearing, and good cause appearing,

       **IT IS HEREBY ORDERED** that the foregoing inmate files may be produced to plaintiffs herein and used by the parties to this litigation only for the prosecution and defense thereof;

       **IT IS FURTHER ORDERED** that the aforesaid inmate files shall be kept confidential by the parties pending the entry of a confidentiality stipulation to be negotiated by

- 2 -

the parties and submitted to the Court for approval, and in which the continued confidentiality of the aforesaid inmate files shall be addressed.

Dated: New York, New York
July 8, 2020

_____
DENISE COTE
United States District Judge