UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

KATHY CAMACHO, et. al.,

                        Plaintiffs,        **ORDER**

            -against-                 19 CV 11096 (DLC)

THE CITY OF NEW YORK, et. al.,

                        Defendants.

-----------------------------------------------------------------X

       **WHEREAS**, defendants having requested that the subject arrest evidence be tested by a private laboratory; and

       **WHEREAS,** plaintiffs having consented to the aforesaid testing that has been requested by defendants; and

       **WHEREAS,** plaintiffs having agreed to waive chain of custody by the New York City Police Department or for further testing by the New York City Police Department Laboratory upon the arrest evidence being sent to a private laboratory by the New York City Police Department; and

       **WHEREAS,** plaintiffs do not waive any rights regarding chain of custody prior to the date of this order;

       **NOW THEREFORE**, on the consent of all parties appearing, and good cause appearing,

       **IT IS HEREBY ORDERED** that the arrest evidence referenced in the following New York City Police Department Property Clerk's Invoice Nos. shall be sent for testing by the New York City Police Department to Ascertain Forensics @ Foxwood Toxicology, Attention:

Laureen Marinetti, Ph. D., Evidence Intake, 3650 Westwind Blvd., Santa Rosa, California 95403 for testing:

    1) Kathy Camacho-2000851160

    2) Nicole Fludd-2000849371

    3) Cynthia Neat-2000851160

    4) Derick Mason-2000846558

    5) Justine Rodriguez-2000846569

    6) DaQuana McCall-2000927030

Dated: New York, New York
       September 1, 2020

_DENISE COTE_
United States District Judge

Hon. Denise L. Cote