**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
KATHY CAMACHO, et al.

                     Plaintiffs,       19-CV-11096 (DLC)

       -against-                           **ORDER**

CITY OF NEW YORK, et al.,

                     Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Parties are directed to submit a joint status letter to the Court fourteen (14) days after the parties receive the revised testing results. (*See* ECF 121). The parties are directed to engage in at least one round of good-faith negotiations before the submitting the joint status letter. The Court will schedule a follow-up settlement conference after receipt of the joint status letter.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: September 14, 2020                             **Ona T. Wang**
      New York, New York                       United States Magistrate Judge