

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

November 23, 2020

**VIA ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re:  <u>Kathy Camacho, et. al. v. City of New York, et. al.</u>, 19 CV 11096 (DLC);
          <u>Arisbel Gusman v. City of New York, et. al.</u>, 19 CV 11691 (DLC)

Your Honor:

      I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, representing defendants in the above-referenced matters.  I write jointly with plaintiffs' counsel in both of the above referenced matters to respectfully request that a pre-settlement scheduling conference be held in <u>Camacho</u> at the same time as the next conference in <u>Gusman</u>, which is presently scheduled for December 1, 2020 at 4:30 p.m.  Although requests for follow-up settlement conferences were made in both of the above "related" cases in accordance with Your Honor's prior orders, a pre-settlement scheduling conference was set by the Court in <u>Gusman</u> only.  The parties have since conferred, and agree that in the interest of judicial economy, that the next steps in the settlement process in these cases be coordinated.  As such, the parties respectfully request that a pre-settlement scheduling conference be set by the Court in <u>Camacho</u> as well, and respectfully suggest that it be conducted at the same time as in <u>Gusman</u>.

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/ Mark D. Zuckerman

                                        Mark D. Zuckerman  
                                        Senior Counsel

cc:    All Counsel (via ECF)