

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

November 30, 2020

<u>**VIA ECF**</u>
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007



Re: <u>Kathy Camacho, et. al. v. City of New York, et. al.</u>, 19 CV 11096 (DLC);
<u>Arisbel Gusman v. City of New York, et. al.</u>, 19 CV 11691 (DLC)

Your Honor:

I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. I write jointly with plaintiffs' counsel in both <u>Camacho</u> and <u>Gusman</u> to respectfully request that the discovery conference scheduled for Wednesday, December 2, 2020 at 2:00 p.m. be adjourned because video depositions of two of the Camacho plaintiffs are already scheduled for December 2, 2020, including the plaintiff Justine Rodriguez, at 2:00 p.m. that day. The parties have conferred and are available December 7, 2020 at 2:00 or later, or December 8 or 9 in the afternoons of those days, for the conference, should those dates and times be convenient for Your Honor.

This is the first request for an adjournment of the discovery conference.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman

Mark D. Zuckerman
Senior Counsel

Granted.  The conference will
take place on December 7, 2020
at 3:00pm.

12.1.2020

_____
DENISE COTE
United States District Judge

cc:  All Counsel (via ECF)