```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
KATHY CAMACHO; JUSTINE RODRIGUEZ;         :
DERICK MASON; NICOLE FLUDD; CYNTHIA       :
NEAT; and DAQUANA MCCALL, on Behalf of    :
Themselves and All Others Similarly       :
Situated,                                 :       19cv11096 (DLC)
                                          :
                    Plaintiffs,           :           ORDER
              -v-                         :
                                          :
CITY OF NEW YORK; PAUL SMITH,             :
Correction Officer, in his individual     :
capacity; ASHLEY REED, Correction         :
Officer, Shield #12988, in her            :
individual capacity; SCOTT AMBROSE,       :
Correction Officer, in his individual     :
capacity; CECIL PHILLIPS, Correction      :
Officer, in his individual capacity;      :
EPIFANO VASQUEZ, Correction Officer,      :
in his individual capacity; CHRISTINA     :
BREWLEY, Correction Officer, in her       :
individual capacity; DONNYA SPRY          :
Correction Officer, Shield #1507, in      :
her individual capacity; JOSEPH           :
COSCIO, Correction Officer, Shield        :
#1123, in his individual capacity;        :
DEBRA GOLUB, Correction Officer, in       :
her individual capacity; JEFFREY RIOS,    :
Correction Officer, in his individual     :
capacity; STEVEN DEJESUS, Correction      :
Officer, in his individual capacity;      :
L. BROWN, Correction Officer, Shield #    :
6018, in his individual capacity; and     :
JOHN/JANE DOES 1-30, Correction           :
Officers, in their individual             :
capacities,                               :
                                          :
                    Defendants.           :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

    Having reviewed the parties' letters of November 25 and 30,

and cognizant of the requirements of Rules 1 and 26 of the Federal Rules of Civil Procedure, including the principle of proportionality, it is hereby

ORDERED that the conference to be held on December 7 is cancelled.

IT IS FURTHER ORDERED that the plaintiffs' depositions in Camacho and Gusman are, collectively, limited to ten depositions.

IT IS FURTHER ORDERED that the defendants' objection to item 18 in the Rule 30(b)(6) notice of November 23 is sustained.

IT IS FURTHER ORDERED that the plaintiffs may designate up to twenty documents for purposes of item 19 in that same notice.

IT IS FURTHER ORDERED that the defendants' objection to item 19(2) in that same notice is sustained.

IT IS FURTHER ORDERED that item 19(3) in that same notice requires a second deponent.  The two 30(b)(6) deponents shall account for two of the plaintiffs' ten depositions.


Dated:   New York, New York
         December 6, 2020

                                     _____
                                     DENISE COTE
                                     United States District Judge