```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
KATHY CAMACHO; JUSTINE RODRIGUEZ;        :     19cv11096(DLC)
DERICK MASON; NICOLE FLUDD; CYNTHIA      :
NEAT; and DAQUANA MCCALL, on Behalf of   :       ORDER OF
Themselves and All Others Similarly      :     DISCONTINUANCE
Situated,                                :
                                         :
                        Plaintiffs,      :
              -v-                        :
                                         :
CITY OF NEW YORK; PAUL SMITH,            :
Correction Officer, in his individual    :
capacity; ASHLEY REED, Correction        :
Officer, Shield #12988, in her           :
individual capacity; SCOTT AMBROSE,      :
Correction Officer, in his individual    :
capacity; CECIL PHILLIPS, Correction     :
Officer, in his individual capacity;     :
EPIFANO VASQUEZ, Correction Officer,     :
in his individual capacity; CHRISTINA    :
BREWLEY, Correction Officer, in her      :
individual capacity; DONNYA SPRY         :
Correction Officer, Shield #1507, in     :
her individual capacity; JOSEPH          :
COSCIO, Correction Officer, Shield       :
#1123, in his individual capacity;       :
DEBRA GOLUB, Correction Officer, in      :
her individual capacity; JEFFREY RIOS,   :
Correction Officer, in his individual    :
capacity; STEVEN DEJESUS, Correction     :
Officer, in his individual capacity;     :
L. BROWN, Correction Officer, Shield #   :
6018, in his individual capacity; and    :
JOHN/JANE DOES 1-30, Correction          :
Officers, in their individual            :
capacities,                              :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 21, 2021**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          December 21, 2020

_____
DENISE COTE
United States District Judge